United States District Court
Southern District of Texas
**ENTERED**
November 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:21-CR-1772-12 |
| | § | |
| JOSE DIAZ | § | |

## ORDER STAYING MAGISTRATE'S ORDER OF RELEASE AND SETTING BOND HEARING

The Court considered Government's Motion for Stay of the Magistrate's Order of Release [Doc. No. 259] and is of the opinion that said Stay should be, and is hereby GRANTED and the order setting conditions of release (Dkt.No.258) of Magistrate Judge Scott Hacker is STAYED until further order of this Court.

IT IS FURTHER ORDERED that this matter is set for bond hearing on November 12, 2021, at 11:30 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED November 9, 2021, at McAllen, Texas.

_Randy Crane_
Randy Crane
United States District Judge