NO. JP102242021A
TRN 925 359 3962 A001
LEA NO. BCSO 202100930

| THE STATE OF TEXAS | § | IN THE JUSTICE OF THE PEACE |
| VS. | § | PRECINCT 1 _____ COURT OF |
| JOSE FRANCISCO DIAZ | § | BASTROP COUNTY, TEXAS |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW Comes the State of Texas by and through his/her Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action in which the defendant is charged with the offense of POM > 50LBS <= 2000LBS   F2   2.24.21  ; for the following reason:
Offense   Degree   Date of Offense

1. _____ The evidence is insufficient;
2. _____ Evidence issues
3. _____ The case has been refiled;
4. ✓ The defendant was convicted in another case; ~~in Cause No.~~   IN FEDERAL CUSTODY ON FEDERAL CHARGES.
5. _____ The complaining witness has requested dismissal;
6. _____ The defendant has not been apprehended and/or is not within the jurisdiction of this Court;
7. _____ The defendant is deceased;
8. _____ The defendant is incarcerated for other offense(s)
9. _____ Defendant has successfully completed deferred prosecution in that all terms and conditions of the agreement have been complied with.
10. _____ It appears that the best interest of justice will be served; _____
11. _____ The State has Declined to Prosecute the case.

WHEREFORE, it is prayed that the above entitled and numbered cause be dismissed.

_____
CRIMINAL DISTRICT ATTORNEY
Bastrop County, Texas BRYAN GOERTZ

## ORDER

The foregoing motion having been presented to me on this the 28th day of October, A. D. 20 21, and the same having been considered, it is therefore, ORDERED, ADJUDGED and DECREED that said above entitled and numbered cause be and the same is hereby dismissed. The Defendant is discharged, and the Clerk is ordered to recall any warrant, capias outstanding.

_____
JUDGE PRESIDING